1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10   ISAURA CORTES; M.C. and J.C.,            Case No.:  3:16-CV-1834-CAB-AGS
     minors, by and through their Guardian Ad
11   Litem, ISAURA CORTES,                    **ORDER ON JOINT MOTION FOR
12                            Plaintiffs,      DISMISSAL
                                              [Doc. No. 45]**
13   v.

14   NATIONAL COMMUNITY
15   RENAISSANCE, a California
     Corporation; and CITY OF OCEANSIDE,
16   a California Municipal Corporation,

17                            Defendants.

18

19          Having considered the parties' Joint Motion for Dismissal the above-captioned

20   action with prejudice per Federal Rule of Civil Procedure 41(a)(1), the Court **GRANTS**

21   the joint motion.   [Doc. No. 45.]   Accordingly, the Court **DISMISSES WITH**

22   **PREJUDICE** all complaints and claims in this action.  The Clerk of Court shall terminate

23   the case.

24          It is **SO ORDERED**.

25   Dated:  May 29, 2018

26   _____

27   Hon. Cathy Ann Bencivengo
     United States District Judge
28

1